C. Helmer Johnson, Administrator of the Estate of William Peat, Deceased, Appellee, v. Chicago City Railway Company et al.

On Appeal of Schwarzschild & Sulzberger Company, Appellant.

Gen. No. 16,040.

This case is controlled by the decision in Johnson v. Chicago City Railway Co., *ante,* p. 49.

Action in case for death caused by alleged wrongful act. Appeal from the Superior Court of Cook county; the Hon. Ben M. Smith, Judge, presiding. Heard in the Branch Appellate Court at the Oc-

tober term, 1909.    Reversed and remanded.    Opinion filed November 14, 1911.

WINSTON, PAYNE, STRAWN & SHAW, for appellant; JOHN D. BLACK and JOHN C. SLADE, of counsel.

JOHNSON & BELASCO, for appellee; JOEL BAKER, of counsel.

MR. JUSTICE CLARK delivered the opinion of the court.

Judgment was obtained in this case against the appellant jointly with the Chicago City Railway Company, and a separate appeal was taken by each of the defendants.    The appeals were heard together, and the opinion of this court filed this day in case General Number 15933, on the appeal of said Chicago City Railway Company, is decisive of the present appeal. (*Ante,* p. 49.)    For the reason therein stated, the judgment will be reversed and the cause remanded.

*Reversed .and remanded.*